1 SCOTT J. WITLIN State Bar No.: 137413
BRANDYN E. STEDFIELD State Bar No. 225357
2 OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
633 West Fifth Street, 53rd Floor
3 Los Angeles, California 90071
Telephone: (213) 239-9800
4 Facsimile: (213) 239-9045

5 Attorneys for Defendant
Tire Centers, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PIMPL AND KATINA GRESS, | Case No. 05 CV 00268 FCD (jfm) |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF; EXPERT DISCLOSURES; AND DISPOSITIVE MOTION PRE-TRIAL HEARING CUT-OFF DATES** |
| v. | |
| TIRE CENTERS, LLC, a subsidiary of MICHELIN TIRE CORPORATION and DOES 1 through 15, inclusive, | |
| | **"AS MODIFIED"** |
| Defendants. | Action Filed: June 23, 2005 |
| | Trial Date: January 30, 2007 |

Defendant Tire Centers LLC and Plaintiffs Scott Pimpl and Katina Gress, through their respective attorneys of record, enter into the following stipulation to continue the discovery cut-off; expert disclosures and dispositive motion pre-trial hearing cut-off date based on the following facts:

WHEREAS, the parties have agreed to pursue mediation in this case. The parties have already agreed to mediate the case with the Honorable Raul A. Ramirez.

WHEREAS, in light of the fact that the parties have agreed to proceed

3.   05 CV 00268 FCD (jfm)

PIMPL-TIRE STIPULATION EX DDL.DOC   STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DISCOVERY CUT-OFF; EXPERT DISCLOSURES; AND DISPOSITIVE MOTION PRE-TRIAL HEARING CUT-OFF DATE

to mediation, the parties have agreed to delay further discovery in an effort to defer costs and expenses.

WHEREAS, the parties agree to extend the discovery cut-off date by three months; to extend the expert disclosure dates by four months; and to continue the dispositive motion hearing cut-off date by one month.

NOW, THEREFORE, the Parties to the above-captioned matter HEREBY STIPULATE AND AGREE as follows:

1. The discovery cut-off date shall be extended by approximately three months, to July 17, 2006.

2. The deadline for expert witness disclosures and written reports shall be continued by approximately four months to June 16, 2006. The deadline for submitting supplemental expert witnesses shall be continued by approximately four months to July 10, 2006.

3. The deadline for hearing all dispositive motions shall be continued by approximately one month to August 28, 2006.

DATED: March __, 2006         JAMES McGLAMERY


                              By _____
                                    James McGlamery

                              Attorneys for Plaintiffs Scott Pimpl and Katina Gress


DATED: March 9, 2006          SCOTT J. WITLIN
                              BRANDYN E. STEDFIELD
                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART P.C.


                              By      /s/ Scott J. Witlin
                                      Scott J. Witlin

                              Attorneys for Tire Centers, LLC

## **ORDER**

    For good cause shown, the discovery cut-off date shall be to July 17, 2006; the deadline for expert witness disclosures and written reports shall be continued to June 16, 2006; the deadline for submitting supplemental expert witnesses shall be continued to July 10, 2006; the deadline for hearing all dispositive motions shall be continued to August 18, 2006.  All other dates as set in the court's April 29, 2005 Pretrial Scheduling Order shall remain in effect.

DATED: March 14, 2006

            /s/ Frank C. Damrell Jr.
            Frank C Damrell, Jr.
            United States District Court Judge